BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

FILED

JUL 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR CRIMINAL COMPLAINT AND ARREST WARRANT | Case No. 2:12-mj-0191 EFB<br><br>ORDER RE: REQUEST TO UNSEAL CRIMINAL COMPLAINT, ARREST WARRANT AND SUPPORTING AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, and Affidavit of DEA Special Agent Amie Anderson in support thereof in the above-captioned proceeding be and are hereby unsealed.

Date: July 19, 2012

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1